**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 96-6139**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EUNICE ARNETTA HARRIS SPARKS,

Defendant - Appellant.

—————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., District Judge. (CR-92-179)

—————

Submitted: June 20, 1996          Decided: July 1, 1996

—————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Eunice Arnetta Harris Sparks, Appellant Pro Se. Scott Patrick Mebane, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying her motion to modify her sentence so that she will be transferred to the institution of her choice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Sparks</u>, No. CR-92-179 (M.D.N.C. Jan. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>